Edward H. Rosenthal (ER-8022)
Elizabeth H. Miller (EM-9404)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Ave.
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
erosenthal@fkks.com
emiller@fkks.com

Stephen W. Gruhin (SW-0526)
GRUHIN & GRUHIN, P.A.
60 Route 46 East
Fairfield, New Jersey 07004
Tel.: 973-227-9300
Fax: 973-227-3900
sgruhin@gruhinlaw.com

*Attorneys for David S. Knapel and
Textile Impressions, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
SYMPHONY FABRICS CORPORATION,     :
                                          :   Case No. 07-Civ.-6606 (GEL)
       Plaintiff,                    :
                                          :   **NOTICE OF MOTION TO COMPEL**
   -against-                    :   **ARBITRATION AND TO DISMISS THE**
                                          :   **COMPLAINT, OR IN THE**
DAVID S. KNAPEL and TEXTILE       :   **ALTERNATIVE, TO STAY ITS**
IMPRESSIONS, INC.,                     :   **PROSECUTION PENDING**
                                          :   **ARBITRATION**
       Defendants.                 :
-------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of David Knapel dated September 18, 2007, and the exhibits attached thereto, the accompanying Memorandum of Law in Support of defendants, David S. Knapel and Textile Impressions, Inc.'s ("Defendants") motion to compel arbitration and to dismiss the Complaint, or in the alternative, to stay its prosecution pending arbitration, by its undersigned counsel, shall move before the Honorable Gerald E. Lynch, United States District Judge, at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York at a date and time to be determined by the Court, or as soon thereafter as counsel may be heard, for an Order: (*i*) granting Defendants' motion to compel arbitration of plaintiff, Symphony Fabric Corporation's claims; (*ii*) dismissing the Complaint, or in the alternative, staying the prosecution of the within action pending such arbitration; and (*iii*) granting such other relief as the Court may deem just and proper.

Dated: New York, New York
September 18, 2007

        FRANKFURT KURNIT KLEIN & SELZ, P.C.

        By: _____
           Edward H. Rosenthal (ER-8022)
           Elizabeth H. Miller (EM-9404)

        488 Madison Avenue
        New York, New York 10022
        Tel.: 212-980-0120
        Fax: 212-593-9175

        Stephen W. Gruhin (SW-0526)
        GRUHIN & GRUHIN, P.A.
        60 Route 46 East
        Fairfield, New Jersey 07004
        Tel.: 973-227-9300
        Fax: 973-227-3900

        *Attorneys for David S. Knapel and Textile Impressions, Inc.*

To:   David B. Newman, Esq.
      DAY PITNEY LLP
      Seven Times Square
      New York, New York 10036
      (212)297-5800
      *Attorneys for Plaintiff Symphony Fabrics Corporation*