GTL

FUTURE COMMITMENT OF FINISHED GOODS

2006 MARCH

| STYLE | ASSORTED | | UNASSORTED | | TOTAL COMMITMENT | |
|---|---|---|---|---|---|---|
| | YARDS | US$ | YARDS | US$ | YARDS | US$ |
| PAGO | 354,917.5 | 828,487.9 | 458,700.0 | 864,335.0 | 813,617.5 | 1,692,822.9 |
| PENY | 1,157.0 | 12,379.9 | 1,925.0 | 20,597.5 | 3,082.0 | 32,977.4 |
| PPDIV | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| GTL | 356,075 | 840,868 | 460,625 | 884,933 | 816,700 | 1,725,800 |

Textile Impressions Inc.-( PAGO )　　　　FUTURE COMMITMENT OF FINISHED GOODS　　　　3/23/2006

| STYLE | | == ASSORTED == YARDS | AMOUNT US$ | == UNASSORTED == YARDS | AMOUNT US$ | == TOTAL COMMITMENT == YARDS | AMOUNT US$ | = A = % YARDS | % AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| === DYED === | ===== | ======== | ========== | ======== | ========== | ============ | ========== | ======== | ========== |
| GM0854 | S/104 | - | - | - | - | - | - | 0.00% | 0.00% |
| MT9-MT85376686 | S/113 | - | - | - | - | - | - | 0.00% | 0.00% |
| AT7-APMT2033658 | S/122 | - | - | - | - | - | - | 0.00% | 0.00% |
| SJ9229B | S/123 | 2,500.0 | 7,825.0 | - | - | 2,500.0 | 7,825.0 | 0.31% | 0.46% |
| 4231 | S/132A | 7,200.0 | 25,524.0 | 24,600.0 | 87,576.0 | 31,800.0 | 113,100.0 | 3.91% | 6.68% |
| MT36-570HK | S/149 | - | - | - | - | - | - | 0.00% | 0.00% |
| WOOLYTRO | S/150 | - | - | - | - | - | - | 0.00% | 0.00% |
| 312008 | S/150W | - | - | - | - | - | - | 0.00% | 0.00% |
| MT27-36513 | S/151 | - | - | - | - | - | - | 0.00% | 0.00% |
| MATLESSE' | S/152 | - | - | - | - | - | - | 0.00% | 0.00% |
| FRC7-R176A | S/168 | - | - | - | - | - | - | 0.00% | 0.00% |
| MT8-JA5549N | S/173 | - | - | - | - | - | - | 0.00% | 0.00% |
| BURNOUT SOLID | S/176 | - | - | - | - | - | - | 0.00% | 0.00% |
| SW-3/1073 | S/180 | - | - | - | - | - | - | 0.00% | 0.00% |
| OP-W9075 | S/186 | - | - | - | - | - | - | 0.00% | 0.00% |
| IK630U | S/193 | - | - | - | - | - | - | 0.00% | 0.00% |
| TX195 | S/195 | 5,052.0 | 6,315.0 | - | - | 5,052.0 | 6,315.0 | 0.62% | 0.37% |
| TX195A | S/195A | 2,804.0 | 3,867.8 | - | - | 2,804.0 | 3,867.8 | 0.34% | 0.23% |
| N.CRINKLE | S/199 | 2,526.0 | 5,986.6 | - | - | 2,526.0 | 5,986.6 | 0.31% | 0.35% |
| DS8PSAH | S/212 | - | - | - | - | - | - | 0.00% | 0.00% |
| W7630 | S/218 | 4,100.0 | 6,396.0 | - | - | 4,100.0 | 6,396.0 | 0.50% | 0.38% |
| SA40-PDP-02CK | S/220 | - | - | - | - | - | - | 0.00% | 0.00% |
| #3011 | S/230A | 11,000.0 | 10,010.0 | 29,000.0 | 26,390.0 | 40,000.0 | 36,400.0 | 4.92% | 2.15% |
| T4100 | S/231 | - | - | - | - | - | - | 0.00% | 0.00% |
| T4144 | S/233 | - | - | - | - | - | - | 0.00% | 0.00% |
| CRYSTAL ORGNZ/ | S/250 | - | - | - | - | - | - | 0.00% | 0.00% |
| 3014 | S/252 | - | - | - | - | - | - | 0.00% | 0.00% |
| 6120 NyPloy | S/256 | - | - | - | - | - | - | 0.00% | 0.00% |
| W2340 | S/258 | 1,402.0 | 2,369.4 | - | - | 1,402.0 | 2,369.4 | 0.17% | 0.14% |
| CF8600 | S/261 | - | - | - | - | - | - | 0.00% | 0.00% |
| CF8600 | S/262W | 5,860.5 | 11,603.8 | 32,000.0 | 63,360.0 | 37,860.5 | 74,963.8 | 4.65% | 4.43% |
| MT7-JC280 | S/265 | - | - | - | - | - | - | 0.00% | 0.00% |
| R3290 | S/268 | - | - | - | - | - | - | 0.00% | 0.00% |
| YH5403 | S/278 | - | - | - | - | - | - | 0.00% | 0.00% |

Textile Impressions Inc.-( PAGO )                    FUTURE COMMITMENT OF FINISHED GOODS                    3/23/2006

| STYLE | | == ASSORTED == YARDS | AMOUNT US$ | == UNASSORTED == YARDS | AMOUNT US$ | == TOTAL COMMITMENT == YARDS | AMOUNT US$ | = A = % YARDS | % AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| === DYED === | | | | | | | | | |
| MT16 SFC 0008 | S/279 | - | - | - | - | - | - | 0.00% | 0.00% |
| FRC27-88664 | S/287 | - | - | - | - | - | - | 0.00% | 0.00% |
| HG1004 | S/310 | - | - | - | - | - | - | 0.00% | 0.00% |
| FAKE FUR | S/311 | - | - | - | - | - | - | 0.00% | 0.00% |
| LSPC4500 | S/315 | - | - | - | - | - | - | 0.00% | 0.00% |
| VELVET | S/320 | 1,000.0 | 4,000.0 | - | - | 1,000.0 | 4,000.0 | 0.12% | 0.24% |
| BJ0329 | S/378 | 5,000.0 | 15,000.0 | - | - | 5,000.0 | 15,000.0 | 0.61% | 0.89% |
| Y2HB-3944 | S/391 | - | - | - | - | - | - | 0.00% | 0.00% |
| TL251Stretch | S/377 | - | - | - | - | - | - | 0.00% | 0.00% |
| Y2HB-3944 | S/391 | 6,000.0 | 18,000.0 | - | - | 6,000.0 | 18,000.0 | 0.74% | 1.06% |
| Y2HB-3944 | S/406 | 6,000.0 | 20,280.0 | - | - | 6,000.0 | 20,280.0 | 0.74% | 1.20% |
| MT6-TOYD/S-0089 | S/444 | 1,000.0 | 2,060.0 | - | - | 1,000.0 | 2,060.0 | 0.12% | 0.12% |
| DS58pso | S/452 | - | - | - | - | - | - | 0.00% | 0.00% |
| DK5495U | S/462 | - | - | - | - | - | - | 0.00% | 0.00% |
| MT16TOC/S-0064/1 | S/465 | 5,000.0 | 19,500.0 | - | - | 5,000.0 | 19,500.0 | 0.61% | 1.15% |
| JHM223-J | S/468 | - | - | - | - | - | - | 0.00% | 0.00% |
| SFP680 | S/469 | - | - | - | - | - | - | 0.00% | 0.00% |
| MT16SFC0326 | S/479 | - | - | - | - | - | - | 0.00% | 0.00% |
| SUEDE 58 | S/488 | 600.0 | 1,614.0 | - | - | 600.0 | 1,614.0 | 0.07% | 0.10% |
| SST15094 | S/491 | - | - | 21,000.0 | 12,810.0 | 21,000.0 | 12,810.0 | 2.58% | 0.76% |
| CKP7777 | S/491W | - | - | - | - | - | - | 0.00% | 0.00% |
| S861596CD | S/496 | - | - | - | - | - | - | 0.00% | 0.00% |
| SAM-WOO | S/509T | - | - | - | - | - | - | 0.00% | 0.00% |
| POLY. POPLIN | S/512V | 7,000.0 | 11,970.0 | 171,000.0 | 294,930.0 | 178,000.0 | 306,900.0 | 21.88% | 18.13% |
| 312009 | S/555 | - | - | - | - | - | - | 0.00% | 0.00% |
| S9978 | S/583 | - | - | - | - | - | - | 0.00% | 0.00% |
| SA1628 | S/606A | - | - | - | - | - | - | 0.00% | 0.00% |
| SA5-70 | S/628 | 16,468.0 | 42,712.8 | - | - | 16,468.0 | 42,712.8 | 2.02% | 2.52% |
| 93825 | S/629 | - | - | - | - | - | - | 0.00% | 0.00% |
| JO-349 | S/652 | - | - | - | - | - | - | 0.00% | 0.00% |
| JO-1002 | S/658 | 13,278.5 | 22,440.7 | - | - | 13,278.5 | 22,440.7 | 1.63% | 1.33% |
| W1640 | S/668 | 10,777.5 | 29,638.1 | - | - | 10,777.5 | 29,638.1 | 1.32% | 1.75% |
| S6231FL | S/675 | - | - | - | - | - | - | 0.00% | 0.00% |
| EITO | S/680 | 6,000.0 | 27,300.0 | - | - | 6,000.0 | 27,300.0 | 0.74% | 1.61% |
| MT-18-EMC-056 | | | | | | | | | |

Textile Impressions Inc.-( PAGO )       FUTURE COMMITMENT OF FINISHED GOODS       3/23/2006

| STYLE | | == ASSORTED == YARDS | AMOUNT US$ | == UNASSORTED == YARDS | AMOUNT US$ | == TOTAL COMMITMENT == YARDS | AMOUNT US$ | = A = % YARDS | % AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| === DYED === | | | | | | | | | |
| FRC36-141KO | S/683 | - | - | - | - | - | - | 0.00% | 0.00% |
| MT18-EMC-056 | S/689 | 6,000.0 | 26,520.0 | - | - | 6,000.0 | 26,520.0 | 0.74% | 1.57% |
| NSA4800 | S/691 | 3,500.0 | 11,725.0 | - | - | 3,500.0 | 11,725.0 | 0.43% | 0.69% |
| TX1692 | S/692 | 12,500.0 | 43,700.0 | - | - | 12,500.0 | 43,700.0 | 1.54% | 2.58% |
| NS0784-58 | S/709 | 7,300.0 | 9,052.0 | - | - | 7,300.0 | 9,052.0 | 0.90% | 0.53% |
| TNG5906 | S/710 | 3,014.0 | 2,079.7 | - | - | 3,014.0 | 2,079.7 | 0.37% | 0.12% |
| NS1215HW-1 | S/711 | 1,500.0 | 3,195.0 | - | - | 1,500.0 | 3,195.0 | 0.18% | 0.19% |
| NS-9048N | S/718 | - | - | - | - | - | - | 0.00% | 0.00% |
| OSASI-3330 | S/722 | - | - | - | - | - | - | 0.00% | 0.00% |
| NS1000 | S/727 | 13,700.0 | 9,727.0 | - | - | 13,700.0 | 9,727.0 | 1.68% | 0.57% |
| CKP5085 | S/751 | 8,000.0 | 7,600.0 | 24,000.0 | 22,800.0 | 32,000.0 | 30,400.0 | 3.93% | 1.80% |
| NESIA | S/755I | - | - | - | - | - | - | 0.00% | 0.00% |
| A-PLUS | S/755H | 5,792.0 | 9,788.5 | - | - | 5,792.0 | 9,788.5 | 0.71% | 0.58% |
| ADETEX-P1067 | S/755W | - | - | - | - | - | - | 0.00% | 0.00% |
| NS9995 | S/770 | - | - | - | - | - | - | 0.00% | 0.00% |
| W1-068 | S/783 | - | - | - | - | - | - | 0.00% | 0.00% |
| MM014 SUEDE | S/793 | 20,400.0 | 53,040.0 | - | - | 20,400.0 | 53,040.0 | 2.51% | 3.13% |
| SY-A1063 | S/800 | 25,000.0 | 50,000.0 | - | - | 25,000.0 | 50,000.0 | 3.07% | 2.95% |
| 1T48-819513-GN-26 | S/809 | - | - | - | - | - | - | 0.00% | 0.00% |
| BS3031DS | S813 | - | - | - | - | - | - | 0.00% | 0.00% |
| 287A | S/817 | - | - | 8,338.0 | 18,400.5 | 8,338.0 | 18,400.5 | 1.02% | 1.09% |
| S9500P | S/841 | 2,338.0 | 5,260.5 | 6,000.0 | 13,140.0 | 8,338.0 | 18,400.5 | 1.02% | 1.09% |
| Patt-3 | S/845 | - | - | - | - | - | - | 0.00% | 0.00% |
| 856-G | S/847 | - | - | 3,000.0 | 9,870.0 | 3,000.0 | 9,870.0 | 0.37% | 0.58% |
| MT8-JA5583 | S/848 | - | - | 3,000.0 | 9,870.0 | 3,000.0 | 9,870.0 | 0.37% | 0.58% |
| 856-F | S/849 | - | - | - | - | - | - | 0.00% | 0.00% |
| HY-JA5993 | S/854 | - | - | 2,400.0 | 4,632.0 | 7,200.0 | 13,896.0 | 0.88% | 0.82% |
| TS312 | S/855 | 4,800.0 | 9,264.0 | 2,400.0 | 4,632.0 | 7,200.0 | 13,896.0 | 0.88% | 0.82% |
| TNG1992 | S/856 | 995.0 | 3,174.1 | 5,000.0 | 15,680.0 | 5,995.0 | 18,854.1 | 0.74% | 1.11% |
| MT13-C595 | S/862 | 9,000.0 | 32,040.0 | - | - | 9,000.0 | 32,040.0 | 1.11% | 1.89% |
| BST2707 | S/863 | - | - | - | - | - | - | 0.00% | 0.00% |
| MT8-JA5992 | S/873 | - | - | - | - | - | - | 0.00% | 0.00% |
| ROBE B | S/875 | 5,035.0 | 20,826.7 | 6,000.0 | 24,600.0 | 11,035.0 | 45,426.7 | 1.36% | 2.68% |
| ROBE A | S/895 | 3,517.5 | 14,473.5 | 6,000.0 | 24,600.0 | 9,517.5 | 39,073.5 | 1.17% | 2.31% |

Textile Impressions Inc.-( PAGO )                                                                                    FUTURE COMMITMENT OF FINISHED GOODS                                                                       3/23/2006

| STYLE | | == ASSORTED == | | == UNASSORTED == | | == TOTAL COMMITMENT == | | = A = | |
|---|---|---|---|---|---|---|---|---|---|
| | | YARDS | AMOUNT US$ | YARDS | AMOUNT US$ | YARDS | AMOUNT US$ | % YARDS | % AMOUNT |
| === DYED === | | | | | | | | | |
| MT8-40114 | S/914 | 4,000.0 | 15,360.0 | - | - | 4,000.0 | 15,360.0 | 0.49% | 0.91% |
| 2040 | S/915 | 1,800.0 | 2,898.0 | 8,200.0 | 13,202.0 | 10,000.0 | 16,100.0 | 1.23% | 0.95% |
| G89400 | S/917 | - | - | - | - | - | - | 0.00% | 0.00% |
| FRC27-34134 | S/941 | - | - | - | - | - | - | 0.00% | 0.00% |
| MTH-1029 | S/945 | - | - | - | - | - | - | 0.00% | 0.00% |
| MT8-AC10132 | S/952 | - | - | - | - | - | - | 0.00% | 0.00% |
| MT8-JA50074 | S/959 | 7,000.0 | 34,160.0 | - | - | 7,000.0 | 34,160.0 | 0.86% | 2.02% |
| BSC643 | S/981 | - | - | - | - | - | - | 0.00% | 0.00% |
| S7900 | S/999 | 4,000.0 | 38,205.0 | 117,500.0 | 240,875.0 | 121,500.0 | 240,875.0 | 14.93% | 14.23% |
| S7900 R | S/999R | 18,000.0 | 38,205.0 | - | - | 18,000.0 | 38,205.0 | 2.21% | 2.26% |
| 7901 | S/999W | - | - | - | - | - | - | 0.00% | 0.00% |
| Liquid lane | S/1950 | - | - | - | - | - | - | 0.00% | 0.00% |
| FOIL PRINT | S/1975 | 1,993.0 | 3,886.4 | - | - | 1,993.0 | 3,886.4 | 0.24% | 0.23% |
| OKD135 | S/3680 | 10,127.0 | 17,418.4 | - | - | 10,127.0 | 17,418.4 | 1.24% | 1.03% |
| OKD135-47/8" | S/3681 | - | - | - | - | - | - | 0.00% | 0.00% |
| POLAR FLEECE | S/4000 | - | - | - | - | - | - | 0.00% | 0.00% |
| Organza-48" | S/4900 | - | - | - | - | - | - | 0.00% | 0.00% |
| NF32025 | S/5100 | 7,000.0 | 9,240.0 | - | - | 7,000.0 | 9,240.0 | 0.86% | 0.55% |
| NF32025 | S/5200 | - | - | - | - | - | - | 0.00% | 0.00% |
| Swirl Prt Sheer | S/5375 | - | - | - | - | - | - | 0.00% | 0.00% |
| EMB SWRL ORGZ | S9255 | 6,350.5 | 11,303.9 | - | - | 6,350.5 | 11,303.9 | 0.78% | 0.67% |
| EMB LEF ORGZA | S9265 | 7,000.0 | 8,540.0 | - | - | 7,000.0 | 8,540.0 | 0.86% | 0.50% |
| EYELET | EYELET | 6,000.0 | 8,220.0 | - | - | 6,000.0 | 8,220.0 | 0.74% | 0.49% |
| GINGHAM CK | GINGHA | - | - | - | - | - | - | 0.00% | 0.00% |
| TEA DYE CK&TCt | TEA DYES | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00% | 0.00% |
| ======== | ===== | ========= | ========= | ========= | ========= | ========= | ========= | ======= | ======= |
| DYED TOTAL | | 326,230.5 | 755,110.7 | 458,700.0 | 864,335.0 | 784,930.5 | 1,619,445.7 | 96.47% | 95.67% |
| ======== | ===== | ========= | ========= | ========= | ========= | ========= | ========= | ======= | ======= |
| PRINT TOTAL | | - | - | - | - | - | - | 0.00% | 0.00% |
| ======== | ===== | ========= | ========= | ========= | ========= | ========= | ========= | ======= | ======= |
| GOOD WEAVER | HL | 14,286.0 | 40,572.2 | - | - | 14,286.0 | 40,572.2 | 1.76% | 2.40% |
| OTHERS | KOREA | - | - | - | - | - | - | 0.00% | 0.00% |

Textile Impressions Inc.-( PAGO )                                     FUTURE COMMITMENT OF FINISHED GOODS                                          3/23/2006

| | | == ASSORTED == | | == UNASSORTED == | | == TOTAL COMMITMENT == | | = A = | |
|---|---|---|---|---|---|---|---|---|---|
| | STYLE | YARDS | AMOUNT US$ | YARDS | AMOUNT US$ | YARDS | AMOUNT US$ | % YARDS | % AMOUNT |
| === DYED ==== | | | | | | | | | |
| OTHERS | JAPAN | 10,000.0 | 10,800.0 | - | - | 10,000.0 | 10,800.0 | 1.23% | 0.64% |
| OTHERS | OTHERS | 4,401.0 | 22,005.0 | - | - | 4,401.0 | 22,005.0 | 0.54% | 1.30% |
| GRAND | TOTAL | 354,917.5 | 828,487.9 | 458,700.0 | 864,335.0 | 813,617.5 | 1,692,822.9 | 100.00% | 100.00% |

@ 23    19    21

FCFC0306     Future Commitment     Park Elite N.Y.

| STYLE | | ASSORTED YARDS | ASSORTED US$ | UNASSORTED YARDS | UNASSORTED US$ | TOTAL COMMITMENT YARDS | TOTAL COMMITMENT US$ | % YRDS | % US$ |
|---|---|---|---|---|---|---|---|---|---|
| PE1006 | S89280 | - | - | - | - | - | - | 0.0% | 0.0% |
| PE1013 | S20600 | - | - | - | - | - | - | 0.0% | 0.0% |
| PE1020 | HE27 | - | - | - | - | - | - | 0.0% | 0.0% |
| PE1022 | AS1175 | - | - | - | - | - | - | 0.0% | 0.0% |
| PE1035 | TL-232 | - | - | - | - | - | - | 0.0% | 0.0% |
| PE1044 | S89480 | - | - | - | - | - | - | 0.0% | 0.0% |
| PE1045 | GAF-267J | 1,157.00 | 12,379.90 | 1,925.00 | 20,597.50 | 3,082.00 | 32,977.40 | 100.0% | 100.0% |
| PE1046 | S88200 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | 0.0% |
| PE1102 | AM7491 | - | - | - | - | - | - | 0.0% | 0.0% |
| PENY TOTAL | | 1,157.0 | $ 12,379.9 | 1,925.0 | $ 20,597.5 | 3,082.0 | $ 32,977.4 | 100% | 100% |
| | | | 10.70 | | 10.70 | | 10.70 | | |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Karen Sendyk, Esq.
ITOCHU International Inc.
335 Madison Avenue
New York, New York 10017

2338302-9

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Textile Impressions Inc. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 120 Moonachie Avenue | Moonachie | NJ | 07074 | USA |
| 1d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| 13-3249926 | | corporation | Delaware | NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ITOCHU International Inc. | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 335 Madison Avenue | New York | NY | 10017 | USA |
| 2d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
| 13-1850807 | | coporation | New York | NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**4. This FINANCING STATEMENT covers the following collateral:**

See Schedule A attached hereto and made a part hereof.

**5.** ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING
**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] — All Debtors | Debtor 1 | Debtor 2
**8.** OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

DEBTOR: Textile Impressions Inc., a Delaware Corporation

SECURED PARTY: ITOCHU International Inc., a New York Corporation

## ATTACHMENT TO UCC-1

### SCHEDULE A

Debtor grants Secured Party a security interest up to but not in excess of $1,425,098.33 of its inventory <u>only</u>, whether raw materials, work-in-process, finished goods, parts or supplies or otherwise; all goods, merchandise and other property held for sale or lease, to be furnished under any contract of service; all documents of title covering any goods which are or are to become inventory, and any such goods which are leased or consigned to others and all returned, reclaimed or repossessed goods sold, consigned, leased or otherwise furnished by Debtor to others; and all "proceeds" thereof, which term shall have the meaning given to it in the Uniform Commercial Code. This financing statement shall reduce, on a dollar for dollar basis, as and when the existing obligations owning by Debtor to UFJ Bank Limited, New York Branch ("UFJ") and The Bank Of Tokyo Mitsubishi ("Mitsubishi) are satisfied, and shall be automatically deemed terminated and of no further force or effect at such time as all indebtedness of Debtor owed to UFJ and Mitsubishi (which indebtedness has been guaranteed by Secured Party) has been extinguished.

98-3449.01\ucc-inventory12-30-05

## EXHIBIT F

## TITLE EXCEPTIONS

The terms and provisions of *Exhibit E* are incorporated into this *Exhibit F* by reference as if set forth herein verbatim and at length.

# EXHIBIT G

## TRADE NAMES AND TRADEMARKS
## (OTHER THAN THOSE IDENTIFIED IN SECTIONS 1.1 (e) AND 1.1(f))

NONE

## EXHIBIT H

## LITIGATION

NONE