# EXHIBIT 3

TO:  MARK SHERMAN
Expenses paid by Pago for MARCH 2006:
Date

| Paid | Check # | Vendor | Period | Amount |
|---|---|---|---|---|
| 3/3/06 | 52527 | Covad Communication | 2/16 to 3/15         (69.95/2) | $34.98 |
| 3/3/06 | 52532 | ADT Security | 3/06 to 5/06 | $445.07 |
| 3/3/06 | 52535 | Majortex | 60221 | $559.80 |
| 3/3/06 | 52542 | Penn Pavilion | Mar-06 | $1,200.00 |
| 3/3/06 | 52550 | Valley National Bank | Mar-06 | $33,638.13 |
| 3/3/06 | 52554 | Local 2170 UAW Health | Mar-06 | $3,687.28 |
| 3/14/06 | 52565 | Meadowland Carting | Mar-06 | $465.00 |
| 3/14/06 | 52566 | MetLife | Mar-06 | $879.84 |
| 3/14/06 | 52567 | Millenium Swatch Card | 403/405 | $13,075.39 |
| 3/14/06 | 52568 | NJ Manufacturers | B102947-9 Auto Insurance | $1,433.00 |
| 3/14/06 | 52569 | Pitney Bowes Credit | 03/20-06/20/06 | $642.00 |
| 3/14/06 | 52573 | Reserve Account | Postage | $2,000.00 |
| 3/14/06 | 52581 | United Parcel Service | 63896-09 | $5,281.53 |
| 3/20/06 | 52587 | Bestway Express | 422589 | $508.06 |
| 3/20/06 | 52588 | Bloomsburg Mills | 57990/57991 | $9,243.02 |
| 3/20/06 | 52592 | Covad Communication | 3/16 to 4/15 | $69.95 |
| 3/20/06 | 52598 | Federal Express | 337607792/887941601 | $253.88 |
| 3/20/06 | 52599 | Fulline Supply | 21370 | $491.92 |
| 3/20/06 | 52605 | Jewels Transportation | 45038/45065 | $263.09 |
| 3/20/06 | 52608 | Millenium Swatch Card | 395/406 | $4,602.26 |
| 3/20/06 | 52613 | Old Dominion | 06506532388/06505709185/06506217113 | $360.45 |
| 3/20/06 | 52614 | Oxford Health Plans | Apr-06 | $9,202.72 |
| 3/20/06 | 52617 | Pearl Sterling | Garments | $1,220.00 |
| 3/20/06 | 52618 | Pitt Ohio Express | 5962856/7556550 | $362.00 |
| 3/20/06 | 52628 | United Parcel Service | 63896-10 | $4,376.26 |
| 3/20/06 | 52629 | UPS Customhouse Brokerage | 361022019 | $73.48 |
| 3/20/06 | 52630 | Yusen Air & Sea | 104117178/104117256 | $847.65 |
| 3/23/06 | 52632 | American Honda Finance | 0306-0406 | $1,274.08 |
| 3/23/06 | 52637 | MetLife | Apr-06 | $940.16 |
| 3/23/06 | 52638 | Pitt Ohio Express | 7093395 | $96.70 |
| 3/23/06 | 52639 | Spectro Coating Corp. | 7635 | $425.64 |

$97,953.34

Prepaid Expenses before March but belong to Symphony:

| Jan-06 | 52281 | Cosmos Services-WCP910727 | Worker's Compensation | $10,721.75 |
|---|---|---|---|---|
|  |  | Cosmos Services-UMB550018 | Umbrella Policy for Building (10/12 x $10,262.51) | $8,552.09 |
|  |  | Cosmos Services-PKG312508 | Comprehensive General Liability (10/12 x $5829.51) | $4,857.93 |
| Feb-06 | 52491 | Euler Hermes-20805089 | Credit Insurance | $4,500.00 |
|  |  | Oxford Health Plans | Mar-06 | $9,202.72 |

$37,834.49

Expenses paid by Pago as of April 11, 2006 (schedule attached)

$44,101.04

Total to be paid by Symphony

$179,888.87

TO: MARK SHERMAN

Expenses paid by Pago as of April 11, 2006:

| | |
|---|---:|
| Itochu Japan ($47,729.49 SYM Pd) | |
| Customs Duty | $7,271.51 |
| | |
| LC ($16,679.00 SYM Pd) | |
| Customs Duty | $2,057.36 |
| Acceptance Fees | $90.00 |
| | |
| Itochu Japan | |
| Customs Duty | $7,459.37 |
| | |
| Itochu Japan | |
| Customs Duty | $818.72 |
| | |
| Expotex & Co. ($16,943.85 SYM Pd) | |
| Customs Duty | $2,581.42 |
| | |
| Albania Group ($45,500.72 SYM Pd) | |
| Customs Duty | $6,794.20 |
| | |
| P.T. Daliatex ($18,738.68-$17,925.98 SYM Pd) | $812.70 |
| Customs Duty | $2,710.16 |
| | |
| Wujiang Tianhai - Prepaid | $11,505.60 |
| | |
| Zhang Lianjian-March & April (Buying Comm) | $2,000.00 |

Total to be paid by Symphony         $44,101.04

March 2006 Credit Cards

| | | | | | |
|---|---|---|---|---|---|
| $2,071.72 | $256.79 | $562.45 | $142.55 | $332.03 | |
| $131.70 | $12.60 | $207.88 | $157.16 | $111.72 | |
| $1,664.00 | $906.35 | $942.50 | $304.24 | $5,582.13 | |
| $718.93 | $131.51 | $388.50 | $600.21 | $281.70 | |
| $378.31 | $96.82 | $34.03 | $169.90 | $441.23 | |
| $15.73 | $335.56 | $194.38 | $489.55 | $182.16 | |
| $65.41 | $144.88 | $642.08 | $86.61 | $356.65 | |
| $119.61 | $343.15 | $123.73 | $403.98 | $1,640.47 | |
| $32.70 | $317.97 | $508.11 | $1,500.51 | $1,080.81 | |
| $120.10 | $107.24 | $93.97 | $180.26 | $210.30 | |
| $163.38 | $120.49 | $354.31 | $1,514.46 | $30.03 | |
| $406.72 | $229.61 | $444.43 | $3,548.85 | $773.67 | |
| $262.69 | $471.28 | $326.30 | $98.93 | $44.79 | |
| $643.20 | $3,695.21 | $1,044.67 | $673.23 | $132.60 | |
| $619.36 | $121.47 | $535.50 | $200.53 | $1,494.42 | |
| $65.30 | $636.13 | $33.90 | $862.50 | $84.05 | |
| $403.71 | $959.65 | $300.15 | $169.48 | $85.89 | |
| $405.66 | $866.98 | $249.92 | $400.74 | $44.40 | |
| $180.08 | $104.15 | $1,006.58 | $3.63 | $95.45 | |
| $149.32 | $143.75 | $60.19 | $1,928.57 | $599.06 | |
| $162.79 | $569.25 | $2,905.48 | $78.48 | $731.40 | |
| $36.75 | $74.81 | $124.74 | $93.30 | $287.60 | |
| $1,316.33 | $187.50 | $56.40 | $244.50 | | |
| $157.34 | $493.62 | $755.26 | $2,625.00 | | |
| $125.50 | $221.98 | $79.98 | $432.03 | | |
| $868.22 | $24.40 | $100.00 | $267.17 | | |
| $208.10 | $258.78 | $170.71 | $311.09 | | |
| $139.80 | $121.98 | $2,180.40 | $227.56 | | |
| $376.45 | $153.92 | $75.76 | $369.91 | | |
| $107.05 | $937.44 | $187.50 | $119.18 | | |
| $92.11 | $209.89 | $125.80 | $354.30 | | |
| $81.93 | $775.02 | $265.52 | $160.72 | | |
| $76.49 | $167.67 | $213.69 | $196.85 | | |
| $317.97 | $227.53 | $30.59 | $517.29 | | |
| $1,087.57 | $1,095.66 | $764.39 | $89.85 | | |
| $226.70 | $113.34 | $378.73 | $268.26 | | |
| $524.04 | $187.92 | $287.63 | $114.25 | | |
| $253.47 | $897.00 | $91.66 | $724.15 | | |
| $47.73 | $2,211.47 | $305.45 | $470.88 | | |
| $115.59 | $800.00 | $445.30 | $2,220.00 | | |
| $415.57 | $118.28 | $167.48 | $309.00 | | |
| $227.79 | $515.48 | $60.15 | $71.83 | | |
| $146.66 | $106.27 | $128.27 | $4,686.36 | | |
| $399.50 | $75.75 | $16.83 | $431.25 | | |
| $567.53 | $129.66 | $399.90 | $1,700.74 | | |
| $324.63 | $196.35 | $158.14 | $1,048.63 | | |
| $533.26 | $195.11 | $330.04 | $647.19 | | |
| $1,005.86 | $1,709.57 | $324.43 | $52.16 | | |
| $41.73 | $588.34 | $117.70 | $281.08 | | |
| $115.27 | $129.12 | $6,543.58 | $292.01 | | |
| $255.42 | $1,709.59 | $67.50 | $73.62 | | |
| | | | | | |
| $18,972.78 | $25,204.29 | $25,912.59 | $32,914.53 | $14,622.56 | $117,626.75 |