# EXHIBIT 4



May 2, 2007

David Knapel
41 Arcadia Road
Woodcliff Lake, NJ 07677

re: SYMPHONY with PAGO

Dear David:

Symphony is in the process of completing its audit for 2006. It has come to our attention that there are certain inconsistencies concerning the operation of its Pago division.

Under the circumstances, it is strongly suggested that you have your legal representative contact the company so that a meeting can be held among the interested parties in the hope of explaining some of the shortfalls. Time is of the essence and it is expected that we will hear from you or your representatives within the next 10-15 days.

Very truly yours,

Symphony Fabrics
by Gerald Barandes
General Counsel

GB/jn

229 West 36th Street • New York, New York 10018
Tel (212) 244-6700 • Fax (212) 736-0123