UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SYMPHONY FABRICS CORPORATION   :
:
                    Plaintiff,   :
:        07 Civ. 6606 (GEL)
-v-   :
:        **ORDER**
DAVID S. KNAPEL,   :
:
                    Defendant.   :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

       Plaintiff in the above-captioned action having proposed a briefing schedule with respect to defendant's motion to compel arbitration, and defendant having no objection to plaintiff's proposed schedule, the following schedule is hereby established:

       1) Plaintiff's response shall be filed no later than October 29, 2007;

       2) Defendant's reply shall be filed no later than November 29, 2007.


SO ORDERED:

Dated: New York, New York
       October 22, 2007

                                             _____
                                               GERARD E. LYNCH
                                             United States District Judge