UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYMPHONY FABRICS CORPORATION,<br><br>                      Plaintiff,<br><br>    v.<br><br>DAVID S. KNAPEL AND TEXTILE IMPRESSIONS, INC.,<br><br>                      Defendants. | Civil Action No. 07 CV 6606 (GEL) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Affidavit in Opposition to Motion to Dismiss and Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration have this day been served upon defendant's counsel by UPS Overnight Delivery.

Date: October 26, 2007

       /s/ David B. Newman
David B. Newman (DN 9577)
Day Pitney LLP
7 Times Square
New York, NY 10036