FRANKFURT KURNIT KLEIN & SELZ PC

488 Madison Avenue
New York, New York 10022
Tel: (212) 980-0120
Fax: (212) 593-9175

Edward H. Rosenthal
Direct: (212) 826-5524
Email: erosenthal@fkks.com

November 28, 2007

**BY FACSIMILE (212) 805-0436**

Hon. Gerard E. Lynch, U.S.D.J.
United States District Court
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1312

[Stamp: USDC SDNY, DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 11/30/07]

Re:   Symphony Fabrics Corp. v. Knapel
      Case No. 07-Civ.-6606 (GEL) (Our File No. 16789-200)

Dear Judge Lynch:

We represent Defendants in the above action and we write to request that the Court extend Defendants' time to reply to Plaintiff's Opposition to Defendants' Motion to Compel Arbitration by one week.

In accordance with the Court's order dated October 22, 2007, Defendants' reply is currently due on November 29, 2007. We ask that the deadline for submission be extended to December 6, 2007. This request is made due to other work pressures, the recent holiday and the need to coordinate the papers with Defendants' main counsel in New Jersey. This is our first request for an extension of this date. We have consulted plaintiff's counsel and plaintiff consents to this request.

Respectfully submitted,

*[signature]*

Edward H. Rosenthal

cc:   David B. Newman (Facsimile)
      Stephen W. Gruhin, Esq. (Regular Mail)
      Elizabeth Miller, Esq.

SO ORDERED
*[signature]*
GERARD E. LYNCH, U.S.D.J.
11/29/07

FKKS: 340704.v1                                                                    16789.200