AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SYMPHONY FABRICS CORPORATION,

    Plaintiff,

-against-

DAVID S. KNAPEL and TEXTILE IMPRESSIONS, INC.,

    Defendants.

**APPEARANCE**

Case Number: 07 Civ. 6606 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants David S. Knapel and Textile Impressions, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 5, 2008 | *[signature]* |
| Date | Signature |
| | Edward H. Rosenthal (ER-8022) |
| | Print Name / Bar Number |
| | 488 Madison Avenue, 9th Fl. |
| | Address |
| | New York, NY 10022 |
| | City / State / Zip Code |
| | (212) 980-0120 / (212) 593-9175 |
| | Phone Number / Fax Number |