```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SYMPHONY FABRICS CORPORATION,

                Plaintiff,

   -against-

DAVID S. KNAPEL and TEXTILE
IMPRESSIONS, INC.,

                Defendants.
-----------------------------------------------------------X

07 CIVIL 6606 (GEL)

**JUDGMENT**

Defendants having moved to compel arbitration and dismiss the complaint or, in the alternative, to stay proceedings pending arbitration, and the matter having come before the Honorable Gerard E. Lynch, United States District Judge, and the Court, on June 2, 2008, having rendered its Opinion and Order granting defendants' motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 2, 2008, defendant's motion to dismiss the complaint is granted.

Dated: New York, New York
        June 5, 2008

                                                    **J. MICHAEL McMAHON**
                                                         Clerk of Court

              BY:

                                                          **Deputy Clerk**

                                 **THIS DOCUMENT WAS ENTERED**
                                 **ON THE DOCKET ON** _____